## COURT OF APPEALS.

### ANONYMOUS.

*July Term*, 1849.—The order appealed from in this case was an order on a re-hearing at general term of the Supreme Court, vacating *an order of reference to ascertain the amount of damages occasioned by a temporary injunction.*

The suit was commenced in the Court of Chancery, to rescind a sale of Kidd Salvage Company stock, on the ground of fraud. The Chancellor held the remedy was at law, and dismissed the bill. After which, the motion was made for a reference to ascertain the damages occasioned by the injunction.

This court decided that the order appealed from was not an appealable order, and dismissed the appeal.